CLAUDE PHELPS, Respondent, *v.* JAMES J. SEXTON, Appellant.

(Argued December 11, 1935; decided January 14, 1936.)

*F. A. W. Ireland* for appellant.

*John J. Cunneen* for respondent.

Judgments reversed and new trial granted, with costs to abide the event. It was error to deny the defendant's request to submit the issue of his negligence to the jury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.